DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>MARTY ONSTOTT,<br><br>            Defendant. | Case No. 1:00-cr-001 (HRH)<br><br>APPLICATION AND AFFIDAVIT FOR ISSUANCE OF WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |

STATE OF ALASKA     )
                               ) ss.
THIRD JUDICIAL DISTRICT )

    I, RICHARD L. POMEROY, hereby state on oath:

    1.    Judgment for $21,870.00 was imposed on November 30, 2000, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against MARTY ONSTOTT as judgment debtor.

    2.    I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

    3.    The judgment debtor was represented by counsel.

    4.    The judgment entered is not a default judgment.

5. ACCRUED since the entry of judgment are the following sums:

$3,256.09 accrued interest, computed at 6.052%.

$240.00 accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

| | |
|---|---|
| $23,402.20 | which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of: |
| 7. $1,963.89 | ACTUALLY DUE on May 8, 2006. Of this total, interest and costs remain owing on the original judgment as entered from this date. |

8. The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

9. The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

10. This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to 100% of the Permanent Fund Dividend payable to this debtor.

DATED this 9th day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

U.S. vs. MARTY ONSTOTT
Case No.: 1:00-cr-001 (HRH)                                    2

SUBSCRIBED AND SWORN TO before me this 9th day of May, 2006, at Anchorage, Alaska.

_____
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/20/08

U.S. vs. MARTY ONSTOTT
Case No.: 1:00-cr-001 (HRH)

3