IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MARTY ONSTOTT,<br><br>             Defendant. | Case No. 1:00-cr-001-HRH<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the total amount of $1,104.96 be released from the Registry by the Clerk of Court; of that amount, $963.89 be deposited into U.S. Treasury Account 0022-6855XX, for payment of the balance of Defendant's criminal restitution and, the remainder of $141.07, be refunded to Defendant and mailed to him at 1918 Lemon Creek Road, Juneau, Alaska 99802.

IT IS SO ORDERED.

DATED:_____

/s/ H. Russel Holland
H. RUSSEL HOLLAND
JUDGE U.S. DISTRICT COURT