IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,      )<br>                              )<br>     vs.                      )<br>                              )<br>MARTY ONSTOTT,                )<br>                              )   No. 1:00-cr-0001-HRH<br>              Defendant.      )<br>_____) | |

ORDER TO RELEASE PFD FUNDS

    Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

    The attached funds, in the total amount of $1,104.96, be released from the Registry by the Clerk of Court; of that amount, $963.89 be deposited into U.S. Treasury Account 0022-6855XX, for payment of the balance of defendant's criminal restitution, and the remainder of $141.07, be refunded to defendant and mailed to him at 1918 Lemon Creek Road, Juneau, Alaska 99802.

    IT IS SO ORDERED.

    DATED at Anchorage, Alaska, this <u>22nd</u> day of January, 2007.

                                         <u>/s/ H. Russel Holland</u>
                                         United States District Judge

---

[1]    Clerk's Docket No. 97.